# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1047
_____

JIMMY ODOM,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

November 15, 2024

PER CURIAM.

DISMISSED.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jimmy Odom, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Dan Johnson, General Counsel, and Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.